UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES D. GIBSON,

      Plaintiff,

  v.                                                Case No. 08-cv-171-JPG

CAIRO SCHOOL DISTRICT NO. ONE,
 *et al.*,

      Defendants.

## JUDGMENT

This matter having come before the Court, and Defendants having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                              **NANCY J. ROSENSTENGEL**

**Dated:**     January 21, 2010          by:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**